UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE L. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 18-12258-WGY |
| NINA M. WARD, | ) |
| Defendant. | ) |

**ORDER**

**May 15, 2019**

YOUNG, D.J.

On April 4, 2019, the Court issued an order directing plaintiff George L. White to (1) resolve the filing fee by submitting payment therefor or filing a renewed motion for leave to proceed in forma pauperis; and (2) file an amended complaint. The Court warned White that failure to comply with the directive within 35 days would result in dismissal of the action.

The deadline for complying with the Court's April 4, 2019 order has passed without any response from White.

Accordingly, for the reasons stated in the April 4, 2019 order and for White's failure to respond to that order, the Court orders that this action be DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE